▮ EDWARD JONES, Appellant, v CINDY JONES, Respondent. [691 NYS2d 818] —Order unanimously reversed on the law without costs and matter remitted to Supreme Court for further proceedings in accordance with the same Memorandum as in *McNair v McNair* (262 AD2d 1048 [decided herewith]). (Appeal from Order of Supreme Court, Wyoming County, Dillon, J.—Matrimonial.) Present—Green, J. P., Hayes, Pigott, Jr., Scudder and Balio, JJ.